JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ROSALES,<br><br>                    Plaintiff,<br><br>     v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., *et al.*,<br><br>                    Defendants. | Case No. 5:25-cv-01943-FLA (PVCx)<br><br>**ORDER DISMISSING ACTION [DKT. 22] AND DENYING AS MOOT PLAINTIFF'S MOTION TO REMAND [DKT. 12]** |

On February 5, 2026, Plaintiff Maria Rosales ("Plaintiff") and Defendant Federal Express Corporation filed a stipulation of dismissal with prejudice ("Notice"), stating the parties had agreed to settle the action.  Dkt. 22.

Having considered the Notice and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are VACATED.

2. Plaintiff's Motion to Remand, Dkt. 12, is DENIED as moot.

3. The court DISMISSES the action with prejudice.  The court retains jurisdiction to vacate this Order and to reopen the action within sixty (60) days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 60-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.

IT IS SO ORDERED.

Dated: February 6, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2